[No. 20081-7-III.   Division Three.   January 15, 2002.]

CONRADO V. CAVAZOS, JR., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Benton County, No. 96-2-01912-4, Vic L. VanderSchoor and Dennis D. Yule, JJ., entered October 13, 2000 and March 12, 2001. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.